McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S. NO. 04-171 DFL |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| SERGIO ENRIQUE CASTILLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of the government's Motion, IT IS HEREBY ORDERED THAT the Indictment pending against defendant Sergio Enrique Castillo is dismissed without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: May 26, 2006

/s/ David F. Levi
Honorable David F. Levi
Chief Judge
United States District Court